**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DEAN ROBERT LINGLEY, Jr. | ) | BANKRUPTCY NO. 10-40053-REG |
| AMANDA MARIE LINGLEY | ) | CHAPTER 7 |
| Debtor(s) | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee and advises that the dividends to the creditor(s) listed below was less than $5.00:

6     Arnett Clinic, c/o Lafayette Accounts Service     $1.39

Dated: November 3, 2011                                     Respectfully Submitted,

                                                                                     /s/ Edward Chosnek
                                                                                    Trustee
                                                                                    P.O. Box 708
                                                                                    Lafayette, Indiana  47902
                                                                                    Telephone:  (765) 742-9081
                                                                                    E-mail:  trustee@chosneklaw.com

**CERTIFICATE OF SERVICE**

I certify that on the 3rd day of November, 2011, service of a true and complete copy of the foregoing Notice Pursuant to F.R.B.P. 3010 was made upon the following either by electronic notice or by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed:

1. U.S. Trustee
2. Dean R. and Amanda M. Lingley, 3933 Austrian Ct., Lafayette IN 47905

Arnett Clinic, c/o Lafayette Accounts Service, Inc, 100 Farabee Dr S, Ste B, Lafayette, IN 47905

                                                                                     /s/ Edward Chosnek